1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9   MARGIE SILVA,                               )        No. 2:19-cv-06805 (VEB)
                                                )
10                                              )
            Plaintiff,                          )        **ORDER AWARDING EQUAL**
11                                              )        **ACCESS TO JUSTICE ACT**
                                                )        **ATTORNEYS' FEES AND**
12          v.                                  )        **COSTS**
                                                )
13                                              )
    ANDREW SAUL,                                )
14  Commissioner of Social Security,            )
                                                )
15                                              )
            Defendant.                          )
16  _____)
17
            Based upon the parties' Stipulation for Award and Payment of Attorney Fees:
18
            IT IS ORDERED that the Commissioner shall pay attorneys' fees and
19
    expenses the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS and NO
20
    CENTS ($4,500.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO
21
    DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the
22
    terms of the above-referenced Stipulation.
23
24          Dated this 19th day of October, 2020

25
                                            /s/Victor E. Bianchini
26                                          VICTOR E. BIANCHINI
                                            UNITED STATES MAGISTRATE JUDGE
27
28